UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

    KAREN T BELTRAN,

            Debtor.

**CONSENT ORDER PURSUANT TO 11 U.S.C. SECTION 362(d)(1) MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. SECTION 362(a)**

Case No. 17-22419-RDD
Chapter 13

UPON the Motion dated November 7, 2018 (the "Motion") of Nissan-Infiniti LT as serviced by Nissan Acceptance Corporation (with any subsequent successor or assign, the "Creditor"), for an order, pursuant to §362(d) of Title 11 of the United States Code (the "Bankruptcy Code") vacating the automatic stay imposed in the above captioned case by §362(a) of the Bankruptcy Code as to the Creditor's interests in one (1) 2015 Nissan Altima (V.I.N. 1N4AL3AP3FN870268) (the "Property") to allow for the Creditor's enforcement of its rights in, and remedies in and to, the Property; and due and proper notice of the Motion having been made on all necessary parties; and there being no opposition to the Motion; and the Property having been surrendered; and debtor's counsel having consented to the relief sought; and upon all of the proceedings had before the Court; and due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that the Motion is granted as provided herein; and it is hereby

ORDERED, that the automatic stay instituted upon the filing of the petition for an Order for relief by the debtor is terminated in that it shall not apply to any action by creditor Nissan-Infiniti LT as serviced by Nissan Acceptance Corporation, to dispose of its Property; namely, one (1) 2015 Nissan Altima (V.I.N. 1N4AL3AP3FN870268) in accordance with applicable law; and it is further

ORDERED, that Nissan-Infiniti LT as serviced by Nissan Acceptance Corporation shall provide notice of any surplus to the chapter 13 trustee promptly after the Property is disposed of.

AGREED:

DATED:  2/12/2019

*/s/ Wendy M. Weathers* _____
Wendy M. Weathers, Esq.
Attorney for Debtor
Cabaniallas & Associates, P.C.
120 Bloomingdale Road, Suite 400
White Plains, New York  10605

DATED:   2/12/2019

*/s/ Martin A Mooney* _____
Martin A Mooney, Esq.
Attorney for Creditor
Schiller, Knapp, Lefkowitz & Hertzel LLP
950 New Loudon Road, Suite 109
Latham, NY 12110

It is SO ORDERED

/s/ Robert D. Drain_____
United States Bankruptcy Judge

Dated: White Plains, New York
         February 13, 2019

.