Settlement/Hearing: March 20th, 2019
Time:  10:00 A.M.       .

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:                                                              Chapter 13
                                                                         Case No. 17-22419 RDD

 KAREN T. BELTRAN,
                                                                         **NOTICE OF SETTLEMENT**

                            Debtor(s)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      **PLEASE TAKE NOTICE,**  that an *Order,* a true copy of which is annexed hereto, will be presented for signature to the Hon. Robert D. Drain, United States Bankruptcy Judge, on the   20th day of  March, 2019  at 10:00 A.M. at the United States Bankruptcy Court, 300 Quarropas  Street, White Plains, New York.
      Hearings on Objections, if any, to be conducted same place, date and time. Written objections or counterorders must be submitted to chambers by no later than close of business *three (3) days prior* to settlement.

Dated: White Plains, New York
       February 21st , 2019

                                           /s/Krista M. Preuss
                                       **Krista M. Preuss(KMP7299)**
                                       **Chapter 13 Trustee**
                                       **399 Knollwood Road**
                                       **White Plains, New York 10603**
                                       **Chapter 13 Tel. No. 914-328-6333**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:

                                                                            Chapter 13
                                                                            Case No. 17-22419 RDD

KAREN T. BELTRAN,

                                      Debtor(s)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER DISMISSING CHAPTER 13 CASE**

       The chapter 13 trustee having moved, on due notice, for an order dismissing this chapter 13 case, and, upon the motion and the record of the March 20, 2019 hearing thereon, the Court having found that the above-captioned debtor has failed to comply with 11 U.S.C. 1307(c)(1) and (c)(4) and 11 U.S.C.§521(i) and (e)(2)(A)(i), having created unreasonable delay that is prejudicial to creditors, in that the debtor failed to remit timely proposed chapter 13 plan payments to the trustee, failed to provide the required documentation, in part, current and updated payment advices and evidence of other payments received within 60 days, inclusive of monthly business operating statements for the rental business; and Federal and New York State tax returns for certain of the most recent tax years; and the Court also having found that the debtor's plan is not feasible and that the debtor is unable to confirm a plan; and good cause appearing,

       **IT IS ORDERED THAT:**

       This chapter 13 case is hereby dismissed. The chapter 13 trustee shall take all actions required by the dismissal of this case.

Dated: White Plains, New York
       March      , 2019

                                                                             _____
                                                                             **UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:

                              Chapter 13
                              Case No. 17-22419 RDD

KAREN T. BELTRAN,

                              APPLICATION

            Debtor(s)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**TO THE HONORABLE ROBERT D. DRAIN, BANKRUPTCY JUDGE:**

    KRISTA M. PREUSS, Standing Chapter 13 Trustee, respectfully represents:

1. The debtor filed a Chapter 13 proceeding on March 21st, 2017.

2. A hearing on confirmation was held on February 13th, 2019.

3. The debtor failed to comply with the provisions of 11 U.S.C. §1307(c)(1) and (c)(4).

4. The debtor is in violation of 11 U.S.C.§521(i) of the Bankruptcy Code which requires the debtor to file , in part, current and updated payment advices and evidence of other payments received, inclusive of monthly business operating statements for the rental business.

5. The debtor is in violation of §521(e)(2)(A)(i) of the Bankruptcy Code which requires the debtor to provide copies of federal and state tax returns for certain of the most recent tax years, to wit, 2017.

6. The debtor failed to remit timely proposed plan payments to the trustee, having remitted ten payments, and being, at this juncture, twelve month(s) in arrears, or the sum of $11,544.00.

7. At the aforesaid confirmation hearing held on February 13th, 2019, the debtor's case demonstrated infeasibility and an inability to confirm.

8. The delay created by the debtor is prejudicial to creditors.

    **WHEREFORE**, the trustee respectfully requests that the annexed order dismissing this case be signed.

Dated: White Plains, New York
      February 21st, 2019

                                                    /s/ Krista M. Preuss
                                                    **Krista M. Preuss**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
IN RE:                                      Chapter 13
                                            Case No. 17-22419 RDD

KAREN T. BELTRAN,

                        Debtor(s)
-----------------------------------x

**Certificate of Service**

      Lois Rosemarie Esposito duly certifies:

      I am not a party to the action herein, I am over the age of 18 years and reside in the County of Westchester, State of New York.

      On February 21st. 2019 I served a true copy of the within document, to the herein listed parties at the address(es) designated for that purpose, by mailing same in a properly sealed envelope with postage prepaid thereon, in an official depository of the United States Postal Service within the State of New York to the following:

Karen T. Beltran
60 Truman Avenue
Yonkers, New York 10703

Wendy Marie Weathers, Esq.
Cabanillas & Associates, PC
120 Bloomingdale Road # 400
White Plains, New York 10601

Nissan Infiniti, LT
P.O. Box 660366
Dallas, Texas 75266

Deutsche Bank National Trust Company
c/o Specialized Loan Servicing, LLC
8742 Lucent Blvd. #300
Highlands ranch, Colorado 80129

Gustavia Home, LLC
c/o SN Servicing Corp.
323 5th Street
Eureka, California 95501

NYS Department of Taxation & Finance
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205

                                                          /s/ Lois Rosemarie Esposito
                                                          **Lois Rosemarie Esposito**